IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICIA FRANCIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>TARGET CORPORATION, and TARGET GENERAL MERCHANDISE, INC.<br><br>Defendants. | Case No: 20 Civ. 05986 (CBA)(VMS) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, through her undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), files this Notice of Voluntary Dismissal without Prejudice and states as follows:

1. Federal Rule of Civil Procedure 41(a) allows a plaintiff to voluntarily dismiss an action without leave of Court prior to the filing of an answer or a motion for summary judgment.

2. Here, Defendants have not filed an answer to the Complaint and have not made any motion for summary judgment.

WHEREFORE, Plaintiff respectfully requests that the Court to dismiss the above action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:      New York, New York
            January 4, 2021

SO ORDERED this __5__ day of
__January__, 2021

__/s/ Carol Bagley Amon__
Hon. Carol Bagley Amon, U.S.D.J.

Respectfully submitted,

__/s/ Brian S. Schaffer__
Brian S. Schaffer
**FITAPELLI & SCHAFFER, LLP**
28 Liberty 30th Floor
New York, NY 10005